# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Celeste A. Gurr,<br><br>                   Plaintiff,<br><br>v.<br><br>Bank of America NA,<br><br>                   Defendant. | **NO. CV 15-0861-PHX-HRH**<br><br>**JUDGMENT IN A CIVIL CASE** |

Pursuant to Plaintiff having accepted Defendant's offer of judgment, judgment is hereby entered in favor of Plaintiff, Celeste A. Gurr, and against Defendant, Bank of America NA, in the amount of $5,500.00, inclusive of costs and attorneys' fees. This action is hereby terminated.

                                                   Brian D. Karth
                                                   District Court Executive/Clerk of Court

October 26, 2015

                                                 s/ Ruth Williams
                                       By  Deputy Clerk